# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Lisa Weaver,
    Plaintiff

v().        Case No. 1:14-c-349

National Credit Adjusters,
    Defendant

## ENTRY OF DEFAULT

It appearing that Defendant, National Credit Adjusters, is in default, having failed to plead or otherwise defend this cause;

Therefore, in accordance with Rule 55(a) of the Federal Rules of Civil Procedure, default is entered against Defendant National Credit Adjusters.

Date: June 20, 2014        s/Mary C. Brown
                                        Mary C. Brown, Deputy Clerk